# Court of Appeals
# of the State of Georgia

ATLANTA,     May 07, 2015

*The Court of Appeals hereby passes the following order:*

### A15A1675. DEMETRIUS C. JOHNSON v. LAW OFFICE OF STANLEY M. LEFCO, P.C.

The trial court entered default judgment against Demetrius Johnson in the amount of $3,384.41. Johnson filed a notice of appeal from this ruling. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000 or less must comply with the discretionary appeal procedures. Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required under OCGA § 5-6-35. See *Jennings v. Moss*, 253 Ga. App. 357 (509 SE2d 655) (1998). Given Johnson's failure to file an application, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*     05/07/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*